# UNITED STATES DISTRICT COURT

for the

District of Northern Mariana Islands

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Premises described as the CNMI Department of Public Safety building, a two-story building situated on the Southern side of Tekken Street across from the Guma Justicia, in Susupe, Saipan, CNMI (See Attachment A hereto) and any closed containers therein. | ) ) ) ) ) ) ) Case No. MC 10-00072 |

F I L E D
Clerk
District Court
NOV 29 2010
For The Northern Mariana Islands
By_____
(Deputy Clerk)

F I L E D
Clerk
District Court
MAY 05 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ ----- _____ District of __Northern Mariana Islands__
*(identify the person or describe the property to be searched and give its location)*: Premises described as the CNMI Department of Public Safety building, a two-story building situated on the Southern side of Tekken Street across from the Guma Justicia, in Susupe, Saipan, CNMI (See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: Sig Sauer P225 semi-automatic handgun formerly issued to former CIB Detective ▆▆▆▆▆▆

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 27, 2010_____
*(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/19/2010          *Mark W. Bennett*
                                           Judge's signature

City and state: SAIPAN                    MARK W. BENNETT
                                          *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/19/10 11:30am | Copy of warrant and inventory left with: David Hosono - DPS |
| Inventory made in the presence of : David Hosono | | |
| Inventory of the property taken and name of any person(s) seized: One Sig Sauer P226, S/N U449700 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/29/10

_Executing officer's signature_

Sharon Huber Special Agent FBI
_Printed name and title_